NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL SCOTT LYNDS, DOC# C00343,  )
                                   )
    Appellant,                     )
                                   )
v.                                 )    Case No. 2D17-1221
                                   )
STATE OF FLORIDA,                  )
                                   )
    Appellee.                      )
_____    )

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Jason M. Bard and Brett Szematowicz of Greater Tampa Law, PL, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and C. Todd Chapman, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.